UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KURT S. BROWNING, et al., <br><br> Defendants. | Case No.: 11-cv-628-RH/WCS |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs provide the following Corporate Disclosure Statement:

Plaintiff League of Women Voters of Florida ("LWVF") has no parent corporation and no stockholders. LWVF is an affiliate of the national League of Women Voters.

Plaintiff Florida Public Interest Research Group Education Fund ("FL PIRG") has no parent corporation and no stockholders. FL PIRG is an affiliate of the national U.S. PIRG.

Plaintiff Rock the Vote has no parent corporation and no stockholders.

Dated: January 5, 2012

                                               s/ Abigail Parent

                                               **COFFEY BURLINGTON**
                                               Abigail Parent, Florida Bar No. 72284
                                               Kendall Coffey, Florida Bar No. 259861
                                               2699 South Bayshore Drive, Penthouse
                                               Miami, Florida 33133-5408
                                               Tel. 305-858-2900
                                               Fax 305-858-5261

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Robert A. Atkins
William J. Taylor, Jr.*
1285 Avenue of the Americas
New York, New York 10019-6064
Tel. 212-373-3000
Fax 212-757-3990

Alex Young K. Oh*
Zachary A. Dietert
2001 K Street, NW
Washington, DC 20006-1047
Tel. 202-223-7300
Fax 202-223-7420

**BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW**
Wendy R. Weiser*
Diana Kasdan*
Lee Rowland*
Mimi Murray Digby Marziani*
161 Avenue of the Americas, 12th Floor
New York, New York 10013-1205
Tel. 646-292-8310
Fax 212-463-7308

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA, INC.**
Randall C. Marshall
Florida Bar No. 181765
Julie Ebenstein
Florida Bar No. 91033
4500 Biscayne Blvd., Suite 340
Miami, Florida 33137-3227
Tel. 786-363-2700
Fax 786-363-1108

*Counsel for Plaintiffs*
**Pro Hac Vice* application to be filed

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via electronic notice by the CM/ECF system, this 5th day of January, 2012, on all counsel or parties of record.

s/ Abigail Parent

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com