UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, FLORIDA PUBLIC INTEREST RESEARCH GROUP EDUCATION FUND, and ROCK THE VOTE,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>KENNETH W. DETZNER, in his official capacity as Secretary of State for the State of Florida, PAMELA J. BONDI, in her official capacity as Attorney General for the State of Florida, and GISELA SALAS, in her official capacity as Director of the Division of Elections within the Department of State for the State of Florida,<br><br>　　　　　　　　Defendants. | Civil No. 4:11-cv-00628-RH-WCS |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs League of Women Voters of Florida, Florida Public Interest Research Group Education Fund, and Rock the Vote respectfully submit this notice of supplemental authority to bring to the Court's attention the recent *en banc* decision in *Gonzalez v. Arizona*, --- F.3d ----, 2012 WL 1293149 (9th Cir. Apr. 17, 2012) (*en banc*). The Ninth Circuit's panel decision, 624 F.3d 1162 (9th Cir. 2010), was cited in Plaintiffs' Memorandum of Law in Support of Their Motion for Preliminary Injunction, at 34, 36, 37. In the *en banc* decision, the Ninth Circuit Court of Appeals affirmed the panel's decision that the National Voter Registration Act preempts Arizona's requirement that prospective voters provide documentary proof of citizenship. A copy of the decision is attached hereto as Exhibit A.

Dated: April 23, 2012

        **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

/s/ Farrah R. Berse
Robert A. Atkins
Farrah R. Berse (fberse@paulweiss.com)
William J. Taylor, Jr.
1285 Avenue of the Americas
New York, New York 10019-6064
Tel. 212-373-3000
Fax 212-757-3990

Alex Young K. Oh
Zachary A. Dietert
2001 K Street, NW
Washington, DC 20006-1047
Tel. 202-223-7300
Fax 202-223-7420

**BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW**
Wendy R. Weiser
Diana Kasdan
Lee Rowland
Mimi Murray Digby Marziani
161 Avenue of the Americas, 12th Floor
New York, New York 10013-1205
Tel. 646-292-8310
Fax 212-463-7308

**COFFEY BURLINGTON, P.L.**
Kendall Coffey
Florida Bar No. 25986
Abigail Parent
Florida Bar No. 72284
2699 South Bayshore Drive, Penthouse
Miami, Florida 33133-5408
Tel. 305-858-2900
Fax 305-858-5261

**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF FLORIDA, INC.**
Randall C. Marshall
Florida Bar No. 181765
Julie Ebenstein
Florida Bar No. 91033
4500 Biscayne Boulevard, Suite 340
Miami, Florida 33137-3227
Tel. 786-363-2700
Fax 786-363-1108

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that correct copies of the foregoing *Notice of Supplemental Authority* was served by filing in this Court's CM/ECF system this 23rd day of April, 2012 on all attorneys of record in this matter.

/s/ Farrah R. Berse
Farrah R. Berse
New York Bar Registration Number 4129706
fberse@paulweiss.com
Paul, Weiss, Rifkind, Wharton and Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel. 212-373-3000
Fax 212-757-3990

*Counsel for Plaintiffs*