# United States District Court
### CIVIL MINUTES - GENERAL

Time: 11:04 - 11:09 a.m.                                                                  Case # 4:11cv628-RH
Date  June 28, 2012

LEAGUE OF WOMEN VOTERS OF FLORIDA ET AL v. KURT S BROWNING ET AL

DOCKET ENTRY:  TELEPHONIC SCHEDULING CONFERENCE held. Parties discuss schedule of case and state that they plan to file an agreement soon in the case.

PRESENT:     HONORABLE **ROBERT L. HINKLE**, U. S. DISTRICT JUDGE

        Elizabeth Lawrence            Judy Nolton
        Deputy Clerk                Court Reporter

ATTORNEYS APPEARING FOR PLAINTIFF:          ATTORNEYS APPEARING FOR DEFENDANTS:

   Julie Ebenstein                                                          Ashley Davis
   Diana Kasdan                                                          Blaine Winship
   Farrah Berse                                                             Daniel Nordby
   Zachary Dietert

Initials of the Clerk:   ERL