IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, FLORIDA PUBLIC INTEREST RESEARCH GROUP EDUCATION FUND, and ROCK THE VOTE,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH W. DETZNER, in his official capacity as Secretary of State for the State of Florida, PAMELA J. BONDI, in her official capacity as Attorney General for the State of Florida, and GISELA SALAS, in her official capacity as Director of the Division of Elections within the Department of State for the State of Florida,<br><br>Defendants. | Civil No. 4:11-CV-628-RH-WCS |

## NOTICE OF APPEAL

Notice is hereby given that Defendants, Kenneth W. Detzner, in his official capacity as Secretary of State of the State of Florida, Pamela Jo Bondi, in her official capacity as Attorney General of Florida, and Gisela Salas, in her official capacity as Director of the Florida Division of Elections, in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order Granting a Preliminary Injunction, attached here as Exhibit 1, entered in this action on the 31st day of May, 2012.

Respectfully submitted,

/s/ Ashley E. Davis_____
Daniel E. Nordby
General Counsel
Florida Bar No. 014588
Ashley E. Davis
Assistant General Counsel

1

Florida Bar No. 48032
Florida Department of State
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250
Tel. 850-245-6536
Fax 850-245-6127
*Counsel for Defendants*
*Secretary of State Kenneth W. Detzner and*
*Director of Division of Elections Gisela Salas*

Blaine H. Winship
Special Counsel
Florida Bar No. 356913
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, Florida 32399-1050
Tel. 850-414-3300
Fax 850-488-4872
*Attorney for All Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was served by filing in this Court's CM/ECF system this 2nd day of July, 2012, on all attorneys of record.

/s/ Ashley E. Davis_____
Attorney