**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

LEAGUE OF WOMEN VOTERS OF FLORIDA, et al.,

   VS                         USDC NO. 4:11cv628-RH/CAS
                               USCA NO. _____

KENNETH W. DETZNER, et al.,

**TRANSMITTAL OF NOTICE OF APPEAL**

      The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

First Appeal Notice.
The appellate docket fee paid.  Date paid: 7/2/2012
Court Reporter(s): Judy Nolton
Other:

Please acknowledge receipt on the enclosed copy of this transmittal to: TALLAHASSEE DIVISION

                                        JESSICA J. LYUBLANOVITS,
                                        CLERK OF COURT

                                        By: <u>David Thomas</u>
                                        Deputy Clerk
                                        111 North Adams Street
July 5, 2012                         Tallahassee, Florida 32301